Case Number: AT 3330-0083

Location of Search:
York County Parcel 599-000-00-05

# Search Warrant Inventory

| Item # | Description |
|---|---|
| | No items taken |

On September 25, 2022 at 1624 hours, this inventory was prepared and a copy was provided in the following manner:

___ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_X_ A copy of this inventory was provided to the following person:

Name: Juanita Jones                                Signature:
Address: 1949 Wildcat Creek Road, Rock Hill, S.C.

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer:                                 Witness:

Printed Name:                                      Printed Name:

Date: 2022.10.25
08:56:54 -04'00'