## ATTACHMENT A

York County Parcel ID number 599-000-00-05
**FOSTER PROPERTY 7**

**Description of the premises to be searched:**

York County Parcel ID number 599-000-00-05 is a heavily wooded 10.00 acre property.

The property has multiple outbuildings, sheds, dogs, and dog kennels on the property.

